UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FILED
NOV 29 2023
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY_____ DEP

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A RED APPLE IPHONE BOOKED INTO ATF EVIDENCE AS ATF EVIDENCE ITEM # 17 ("TARGET DEVICE 1"), AND A BLACK ORBIC PHONE BOOKED INTO ATF EVIDENCE AS ATF EVIDENCE ITEM #23 ("TARGET DEVICE 2"), WHICH ARE CURRENTLY LOCATED AT 200 S. VIRGINIA ST., SUITE 600, RENO, NV 89501 | Case No. 3:23-mj-95-CSD<br><br>ORDER |

This matter coming before the Court on the Government's Motion to Unseal, the reasons therein having been considered by the Court, and good cause showing, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Search Warrant dated on August 9, 2023, and accompanying Applications, Affidavits, Sealing Motions, and Sealing Orders in the above-captioned matter now pending, shall be, and are, UNSEALED.

DATED this __29th__ day of November, 2023.

_____
HONORABLE CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE